IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

SALVATORE J. SOWELL
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # A725825

vs.

THE STATE OF OHIO
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:
FRANKLIN COUNTY PROSECUTOR'S OFFICE
FRANKLIN COUNTY COMMON PLEAS COURT
FRANKLIN COUNTY SHERIFF'S ADMINISTRATION
FRANKLIN COUNTY PUBLIC DEFENDER'S OFFICE

FILED
TIME 4:00P
MAR 24 2025
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

2:25 CV 0297

JUDGE MARBLEY
MAGISTRATE JUDGE BOWMAN

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

SALVATORE J. SOWELL
NAME - FULL NAME PLEASE - PRINT

2551 FISHER RD.
ADDRESS: STREET, CITY, STATE AND ZIP CODE

COLUMBUS, OH 43204

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (/) NO ( )

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS: SALVATORE J. SOWELL

        DEFENDANTS: STATE OF OHIO ET AL.

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)
        U.S. DISTRICT COURT S.D. OHIO

    3. DOCKET NUMBER
        2:24-CV-4153

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED
        EDMUND ASARGUS JR.

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

    7. APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (✓)

C. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    2. WHAT WAS THE RESULT?

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.
SEE STATEMENT OF CLAIM

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    2. WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. THE STATE OF OHIO
   NAMES - FULL NAME PLEASE
   85 MARCONI BLVD. COLUMBUS, OH 43215
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. VANCE'S OUTDOORS GUN SHOP
   3723 CLEVELAND AVE. COLUMBUS, OH 43224

3. FRANKLIN COUNTY COMMON PLEAS COURT
   373 S. HIGH ST. COLUMBUS, OHIO 43215

4. FRANKLIN COUNTY SHERIFF'S ADMINISTRATION
   369 S. HIGH ST. COLUMBUS, OHIO 43215

5. FRANKLIN COUNTY PUBLIC DEFENDER'S OFFICE
   373 S. HIGH ST. 12TH FLOOR COLUMBUS, OHIO 43215

6. FRANKLIN COUNTY PROSECUTOR'S OFFICE
   373 S. HIGH ST. 14TH FLOOR COLUMBUS, OHIO 43215

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

7). THE OHIO STATE UNIVERSITY
    281 W. LANE AVE.
    COLUMBUS, OH 43210

8). COLUMBUS DIVISION OF POLICE
    120 MARCONI BLVD.
    COLUMBUS, OH 43215

9). SOCIAL SECURITY ADMIN.
    200 N. HIGH ST.
    COLUMBUS, OH 43215

10. VANCE'S OUTDOORS GUN SHOP

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

HAVING DEVISED OR INTENDING TO DEVISE ANY SCHEME TO VIOLATE THE U.S. CONSTITUTION ~~[struck out]~~, AND THE LAWS MADE IN PURSUANCE THEREOF, OR THOSE ALLOWED AS A PRISONER DETAINED IN ANY FACILITY, TO WIT, THE DEFENDANTS' REFUSAL TO ALLOW THE PROSECUTION / THE PLAINTIFF HIS DISCOVERIES FOR CASE NUMBERS 22-CR-6073 AND 22-CR-6551; State of Ohio V. Salvatore J. Sorrell TO REPRESENT HIMSELF WITHOUT THE ASSISTANCE OF COUNSEL, DUE TO THERE BEING FIRST AND LAST NAMES OF INDIVIDUALS EMPLOYED WITH THE LISTED DEFENDANTS AND THERE BEING NAMES OF GOVERNMENT AGENCIES LISTED ON DOCUMENTS SUBMITTED IN THOSE CASES AFOREMENTIONED HAS RESULTED IN VIOLATIONS OF THE FIRST, FOURTH, FIFTH, SIXTH, AND EIGTH AMENDMENT CONSTITUTIONAL RIGHTS AND SHOULD THEREFORE BE CONSIDERED A BREACH OF THE U.S. CONSTITUTION AND THE LAWS MADE IN PURSUANCE THEREOF, A CONDITIONS OF CONFINEMENT, AND A FRAUDS AND SWINDLES SUIT, AND GROUNDS TO VACATE ~~[struck out]~~ THE PRESUMED SENTENCE/SANCTIONS ~~[struck out]~~ FOR THE CASES AFOREMENTIONED.

# RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

DISMISSAL OF CASE NUMBERS 22-CR-6073 AND 22-CR-685, STATE OF OHIO v. SALVATORE JULIANO SORRELL; DECLARE THE PLAINTIFF LEGALLY DECEASED THROUGH THE RESPONSIBLE PARTIES/DEPARTMENTS; ALLOW THE PLAINTIFF A NEW IDENTITY; AND, MONETARY RELIEF (SEE ATTACHED MOTION FOR RELIEF SOUGHT AT A LATER DATE).

SIGNED THIS 7TH DAY OF MARCH 20 25.

Salvatore J. Sorrell
SIGNATURE OF PLAINTIFF