X-RAY
U.S. MARSHALS SERVICE

U.S. DISTRICT COURT
OFFICE OF THE CLERK
JOSEPH P. KINNEARY U.S. COURTHOUSE
85 MARCONI BLVD. RM. 121
COLUMBIA, OH 43215



SALVATORE J. SWELLA X MJSOJG
3652 FISHER RD.
COLUMBUS, OH 43204