SALVATORE J. SOWELL
2551 FISHER RD.
COLUMBUS, OH 43204

IN THE UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

FILED
TIME 4:00P
MAR 24 2025
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

2:25 CV 0297

| SALVATORE J. SOWELL | WAIVER OF STATE SOVEREIGN IMMUNITIES AND |
| PLAINTIFF | PROCEDURES MOTION |
| VS. | CASE NO. |
| THE STATE OF OHIO | |
| DEFENDANT | |

PURSUANT TO THE ELEVENTH AMENDMENT CONSTITUTIONAL RIGHT, THIS PLAINTIFF MOVES THE COURT FOR AN ORDER FROM THE OHIO ATTORNEY WAIVING ALL CLOAKS OF IMMUNITY THAT BARS SUIT AGAINST, OR SEEKS MONETARY RELIEF FROM, A STATE, ONE(1) OF ITS DEPARTMENTS, OR AGENCIES. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE(S) 12(a)(2)(or(3), THIS PLAINTIFF REQUESTS OF THE COURT TO WAIVE THE SIXTY (60) DAYS ALLOTTED FOR THE UNITED STATES, A U.S. DEPARTMENT OR AGENCY, OR A U.S. OFFICER OR EMPLOYEE TO RESPOND TO A SUMMONS. PURSUANT TO 28 U.S.C. § 2254(b), THIS PLAINTIFF REQUESTS OF THE COURT TO WAIVE THE NEED TO USE THIS STATE'S GRIEVANCE SYSTEM.

RESPECTFULLY SUBMITTED,
_Salvatore J. Sowell_
SALVATORE JULIANO SOWELL
PRO SE PLAINTIFF

FRIDAY MARCH 7th, 2025
DATE

Salvatore J. Sowell
1551 Fisher Rd.
Columbus, OH 43204

## In the United States District Court
## For the
## Southern District of Ohio
## Eastern Division

| | |
|---|---|
| SALVATORE J. SOWELL<br>PLAINTIFF<br>VS.<br>THE STATE OF OHIO<br>DEFENDANT | SUPPORTING AFFIDAVIT FOR R.I.C.O. CLASSIFICATION AND WAIVER OF STATE SOVEREIGN IMMUNITIES AND PROCEDURES<br>CASE NO. |

THIS PLAINTIFF STATES UNDER PENALTY OF PERJURY THAT THE ACTIONS EXPLAINED IN THE STATEMENT OF CLAIM WERE DONE BY MEMBERS OF THE LISTED DEFENDANTS ACTING UNDER COLOR OF LAW AGAINST THE PLAINTIFF.

RESPECTFULLY SUBMITTED,

*Salvatore J. Sowell*
SALVATORE JULIANO SOWELL
PRO-SE PLAINTIFF
FRIDAY MARCH 4TH, 2025
DATE